1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
7   JINHUI ZHONG,                       )
                                        )   No. C07-1468RSL
8                        Plaintiff,     )
          v.                            )
9                                       )   ORDER TO SHOW CAUSE
    PETER KEISLER, *et al.*,             )
10                                      )
                         Defendants.    )
11  _____)

12        The Court has reviewed plaintiff's "Complaint for § 1447B Hearing, Mandamus and

13  Declaratory Relief."  (Dkt. #1).  The Court hereby ORDERS defendants to show cause within

14  60 days why the Court should not grant plaintiff's application for naturalization by the authority

15  of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel

16  agency action on a naturalization application or make a ruling on the merits "[i]f there is a

17  failure to make a determination . . . before the end of the 120-day period after the date on which

18  the examination is conducted[.]"  8 U.S.C. § 1447(b).  Defendants shall respond to this order

19  with a document that states:  (1) all reasons that plaintiff's naturalization application has not

20  been approved; (2) all reasons that the Court should not approve the application immediately;

21  and, if appropriate (3) a proposed plan for promptly deciding plaintiff's naturalization

22  application.

23        DATED this 12th day of October, 2007.

24

25

26                                    *MN S Casnik*

ORDER TO SHOW CAUSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                          -2-